WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Attorneys for Defendants
Stuart A. Katz and Foundation Energy Services, Inc.

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

---------------------------------X
JDJ DEVELOPMENT, LLC, a New        :
Jersey Limited Liability           :    Civil Action No.:
Company, and, AUSTERE              :
MANAGEMENT GROUP, INC., a          :
Nevada Corporation, also known     :
as GOLD STAR ENERGY GROUP, LLC     :
                                   :       **NOTICE OF REMOVAL**
        Plaintiffs,                :
                                   :
        v.                         :
                                   :
STUART A. KATZ, an individual,     :
and FOUNDATION ENERGY SERVICES     :
INC., a New York Corporation,      :
                                   :
        Defendants.                :
                                   :
---------------------------------X

     Defendants Stuart A. Katz and Foundation Energy Services, Inc., (collectively "defendants") hereby file this Notice of Removal to remove this action from the Superior Court of New Jersey, Law Division, Mercer County to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and respectfully state as follows:

#3043064

1.    Plaintiffs **JDJ DEVELOPMENT, LLC,** and **AUSTERE MANAGEMENT GROUP, INC.** (collectively "plaintiffs") filed an action in the Superior Court of New Jersey, Law Division, Mercer County, by way of Complaint entitled JDJ Development, LLC and Austere Management Group, Inc. v. Stuart A. Katz and Foundation Energy Services, Inc., Docket No. MER-L-1070-080.  A copy of the Summons and Complaint is attached hereto as Exhibit A.

2.    This case is removable to the United States District Court, pursuant to 28 U.S.C. §§ 1332 and 1441, in that this Court has original subject matter jurisdiction based upon diversity of citizenship, and none of the defendants are citizens of the State of New Jersey.

3.    The Complaint alleges that Plaintiffs are citizens of the State of New Jersey, in that JDJ Development, LLC is a New Jersey limited liability company residing at 3131 Princeton Pike, Building 4, Suite 214, Lawrenceville, New Jersey 08648, and Austere Management Group, Inc. is a Nevada corporation residing at Brickworks Office Park, 5429 Harding Highway, Building 500, Mays Landing, New Jersey 08330.  Defendants are citizens of the State of New York.  Stuart Katz resides at 16136 95th Street, Howard Beach, New York 11414; Foundation Energy Services, Inc. is a New York corporation and has a principal place of business at 16136 95th Street, Howard Beach, New York 11414.

#3043064                                2

4.   The matter in controversy at the commencement of the action and at the present time exceeds the sum or value of $75,000, exclusive of interest and costs.

5.   Process in Docket No. MER-L-1070-08 was served on defendant on or after April 30, 2008; and a copy of the complaint was first received by defendant on or after April 30, 2008.  Consequently, defendants are filing this Notice of Removal within thirty (30) days after they first received a copy of the Complaint, by service or otherwise.  No other process or pleadings have been filed in this action, and no further proceedings have been had in this matter.

6.   Upon filing this Notice of Removal in the United States District Court for the District of New Jersey, defendants are also serving counsel for plaintiffs, and filing copies of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division, Mercer County to effect removal of this action to the United States District Court pursuant to 28 U.S.C. § 1446(d).

#3043064                                            3

Wherefore, defendants pray that Docket No. MER-L-1070-08 be removed from said state court into this Court for trial and determination.

DATED: May 29, 2008

WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys for Defendants Stuart
A. Katz and Foundation Energy
Services, Inc.


By: /s/ *Donald E. Taylor*
    DONALD E. TAYLOR

#3043064

4