WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Attorneys for Defendants
Stuart A. Katz and Foundation Energy Services, Inc.

UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

JDJ DEVELOPMENT, LLC, a New Jersey
Limited Liability Company, and, AUSTERE
MANAGEMENT GROUP, INC., a Nevada
Corporation, also known as GOLD STAR
ENERGY GROUP, LLC

          Plaintiffs,

     v.

STUART A. KATZ, an individual, and
FOUNDATION ENERGY SERVICES INC., a
New York Corporation,

          Defendants.

-------------------------------------------------------------X

Civil Action No.:  08-CV-2674

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
### [Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which Defendants Stuart A. Katz and Foundation Energy Services, Inc. may answer, move, or otherwise reply to the Complaint filed by Plaintiffs JDJ Development, LLC, and Austere Management Group, Inc., herein and it is represented that:

    1.     No previous extension has been obtained;

#3046965 (149602.002)

2.      Service of Process was effective on or after April 30, 2008, with the Notice of Removal having been filed on Thursday, May 28, 2008; and

3.      Time to Answer, Move or otherwise Reply expires on Thursday, June 5, 2008.

WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys for Defendants Stuart A. Katz and
Foundation Energy Services, Inc.


By: /s/ *Donald E. Taylor*
DONALD E. TAYLOR

Date:  June 4, 2008

ORDER

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____


WILLIAM T. WALSH, Clerk


By: _____
Deputy Clerk

#3046965                    2