FORNARO FRANCIOSO LLC

COUNSELLORS AT LAW

2277 STATE HIGHWAY 33, SUITE 408, HAMILTON, NEW JERSEY 08690

1-609-584-6104

Attorneys for Plaintiff JDJ Development, LLC, Plaintiff Austere Management Group, Inc.,
Third - Party Defendant Joseph Jingoli & Sons, Inc., Third - Party Defendant Michael Jingoli,
and Third - Party Defendant Richard Jingoli

By:     Richard D. Fornaro, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JDJ DEVELOPMENT, LLC, a New Jersey Limited Liability Company and, AUSTERE MANAGEMENT GROUP, INC., a Nevada Corporation, also known as GOLD STAR ENERGY GROUP, LLC<br><br>Plaintiffs<br><br>v.<br><br>STUART A. KATZ, an individual, and FOUNDATION ENERGY SERVICES Inc., a New York Corporation,<br><br>Defendants,<br><br>and<br><br>STUART A. KATZ,<br><br>Third - Party Plaintiff,<br><br>v.<br><br>AUSTERE ENERGY MANAGEMENT GROUP CORPORATION, JOSEPH JINGOLI & SONS, INC., MICHAEL JINGOLI, AND RICHARD JINGOLI,<br><br>Third - Party Defendants. | CIVIL ACTION NO.<br>08-CV-2674 (MLC)<br><br><br><br><br><br>**EX PARTE APPLICATION FOR ENTRY OF JUDGMENT BY CONSENT** |

Ex Parte Application for Entry of Judgment by Consent is hereby made by Plaintiffs JDJ Development, LLC, a New Jersey Limited Liability Company, Austere Management Group, Inc., a Nevada Corporation, also known as Goldstar Energy Group, Inc. and Third Party Defendants Austere Energy Management Group Corporation, Joseph Jingoli & Sons, Inc., Michael Jingoli and Richard Jingoli ("Plaintiffs/Third Party Defendants"), through Richard D. Fornaro, Esq., Fornaro Francioso LLC.

The Ex Parte Application for Entry of Judgment by Consent is based on the failure of Defendants Stuart A. Katz and Foundation Energy Services, Inc. and Stuart A. Katz Inc. to comply with the terms of the Settlement Agreement and Release entered into May 15, 2009.

Plaintiffs/Third Party Defendants will rely upon the following in support of this Ex Parte Application for Entry of Judgment by Consent:

1.    Affidavit of Glenn A. Clouser;

2.    Affidavit of Richard D. Fornaro.

The form of Order for Judgment by Consent which was incorporated with the Settlement Agreement and Release entered into May 15, 2009 is enclosed herewith.

FORNARO FRANCIOSO LLC
Attorneys for Plaintiff JDJ Development, LLC,
Plaintiff Austere Management Group, Inc.,
Third - Party Defendant  Joseph Jingoli & Sons,
Inc., Third - Party Defendant Michael Jingoli,
and Third - Party Defendant Richard Jingoli

_____
Richard D. Fornaro, Esq.

Dated April 19, 2011