UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JDJ DEVELOPMENT, LLC, et al., | : | CIVIL ACTION NO. 08-2674 (MLC) |
| Plaintiffs, | : | **ORDER & JUDGMENT** |
| v. | : |  |
| STUART A. KATZ, et al., | : |  |
| Defendants. | : |  |

**THE PLAINTIFFS**, JDJ Development, LLC, and Austere Management Group, Inc., and Third Party Defendants, Austere Energy Management Corporation, Joseph Jingoli & Sons, Inc., Michael Jingoli, and Richard Jingoli (collectively, "Movants"), having submitted an "Ex Parte Motion for Entry of Judgment by Consent" (dkt. entry no. 26, Ex Parte Mot.), based on the failure of defendants, Stuart A. Katz and Foundation Energy Services, Inc. ("Defendants"), to comply with the terms of a Settlement Agreement and Release entered into on May 15, 2009 ("5-15-09 Settlement Agreement");[1] and the Court viewing the motion as one, in effect, to enforce the 5-15-09 Settlement Agreement; and

**THE 5-15-09 SETTLEMENT AGREEMENT** providing in relevant part that (1) Defendants/SAK shall pay Movants $450,000.00 in specified installments to be made between July 15, 2009, and July

---

[1] Stuart A. Katz Inc. ("SAK" and collectively with Defendants, "Defendants/SAK"), though not named as a defendant in the Complaint, was also a party to the 5-15-09 Settlement Agreement. (Dkt. entry no. 1, Rmv. Not., Ex. A, Compl.; dkt. entry no. 26, Fornaro Aff., Ex. A, 5-15-09 Settlement Agreement at 1.)

15, 2014, and (2) in the event of non-compliance with the payment terms and upon effective notice to Defendants/SAK of such non-compliance, Movants "are authorized to make ex parte application to the Court for entry of the Consent Judgment attached as Exhibit A, supported by Affidavit of Counsel and the appropriate representative of [Movants], setting forth facts demonstrating Defendants/SAK failure to comply with the payment requirements . . . which Affidavit shall include a schedule of payments having been made by Defendants/SAK prior to said ex parte application and the remaining balance of payments due hereunder" (5-15-09 Settlement Agreement at ¶¶ 1-3); and

**IT APPEARING** that the Ex Parte Motion comports with the requirements of the 5-15-09 Settlement Agreement; and the Court considering the documentation provided in support of the Ex Parte Motion; and the Court finding that (1) Defendants made payments totaling $166,672.50, (2) the remaining balance of payments due and owing to Movants is $283,327.50, and (3) Movants are entitled to recover $750.00 in attorneys' fees and costs related to the Ex Parte Motion, insofar as the 5-15-09 Settlement Agreement provides for the same, and the Court finds that the fees sought are (a) adequately supported by evidence as to hours expended and rate billed, and (b) reasonable (Fornaro Aff. at ¶¶ 9-14); and the Court therefore intending to grant the Ex Parte Motion; and for good cause appearing;

**IT IS THEREFORE** on this        18th        day of August, 2011,

**ORDERED** that the Ex Parte Motion for Entry of Judgment by Consent (dkt. entry no. 26) is **GRANTED;** and

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF** Plaintiffs, JDJ Development, LLC, and Austere Management Group, Inc., and Third Party Defendants Austere Energy Management Corporation, Joseph Jingoli & Sons, Inc., Michael Jingoli, and Richard Jingoli, in the amount of **$450,000.00;** and

**IT IS FURTHER ORDERED** that Defendants, Stuart A. Katz and Foundation Energy Service, Inc., are entitled to credits for settlement payments made totaling **$166,672.50;** and

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs, JDJ Development, LLC, and Austere Management Group, Inc., and Third Party Defendants Austere Energy Management Corporation, Joseph Jingoli & Sons, Inc., Michael Jingoli, and Richard Jingoli, are entitled to recover the balance of **$283,327.50,** together with attorneys' fees and costs of **$750.00** related to bringing this motion.

          s/ Mary L. Cooper
          **MARY L. COOPER**
          United States District Judge